■ SHAHSULTAN JAFFER, Petitioner, v JAY S. DANKBERG et al., Respondents.—Applications to strike respondent Dankberg's decisions, and for other related relief denied, and cross-motion to dismiss the petition granted and the petition dismissed, without costs and without disbursements. Motions by petitioner to take judicial notice of the law and for disqualification of counsel and for a preliminary injunction are denied. No opinion. Concur—Murphy, P. J., Sullivan, Ellerin, Kupferman and Ross, JJ.